IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDI M. KLINE, | ) |
| as personal representative of the | ) |
| estate of Gary R. Kline, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0003-CG-M |
| | ) |
| CARLA LOGAN, a/k/a Carla Greene, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion to Remand (Doc. 14) be **GRANTED** and the present action be remanded to Mobile County, Alabama Circuit Court.

**DONE and ORDERED** this 29th day of April, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE